

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2018

No. 04-18-00447-CR

Raul Daniel **NORRIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9017
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The court reporter's record was due October 10, 2018, but was not filed. On the due date, the reporter, Ms. Minnie Cadena, filed a notification of late record stating the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the reporter's fee for preparing the record. Appellant has retained appellate counsel. Accordingly we ordered appellant to provide written proof to this court on or before October 22, 2018, that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to have the reporter's record furnished without charge. *See* TEX. R. APP. P. 20.2. We advised appellant that if he failed to respond within the time provided, his brief would be due in this court on or before November 13, 2018, and the court would only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

After Ms. Cadena filed her notification of late record, a second court reporter, Ms. Maria E. Fattahi, also filed a notification of late record stating the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the reporter's fee for preparing the record. Accordingly, in a second order, we ordered appellant to provide written proof to this court on or before October 22, 2018 that either: (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee with regard to Ms. Fattahi's portion of the record; or (2) appellant is entitled to have the reporter's record furnished without charge. *See* TEX. R. APP. P. 20.2. We again advised appellant that if he failed to respond within the time

provided, his brief would be due in this court on or before November 13, 2018, and the court would only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

On October 19, 2018, appellant filed a response in this court showing that: (1) he has made payment in full for the portion of the reporter's record to be prepared by Ms. Fattahi; and (2) he has made partial payment for the portion of the reporter's record to be prepared by Ms. Cadena, and has made arrangements with Ms. Cadena for an additional payment once she has completed one-half of the record.

Accordingly, we **ORDER** court reporters Minnie Cadena and Marie E. Fattahi to file their portions of the reporter's record in this court on or before **November 26, 2018**.

We further **order** the clerk of this court to serve a copy of this order on all counsel and the court reporters, Minnie Cadena and Maria E. Fattahi.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court